UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RHETT HOLLAND,**

      **Plaintiff,**

   v.

**ADENA HEALTH SYSTEM,** *et al.***,**

      **Defendants.**

Case No. 2:23-cv-3349
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on Plaintiff's Motion to Amend/Correct Amended Complaint. (ECF No. 34.) On August 26, 2024, Defendants filed a Motion to Dismiss for Failure to State a Claim (ECF No. 19) regarding Plaintiff's Amended Complaint (ECF No. 8). On October 18, 2024, Plaintiff filed the Motion to Amend/Correct Amended Complaint and attached a proposed Second Amended Complaint. (ECF No. 34.) Because Defendants' Motion to Dismiss will become moot if the Court grants Plaintiff's Motion to Amend, the Court will designate the Motion to Dismiss as not pending. If the Court denies the Motion to Amend, the Court will restore the Motion to Dismiss to pending status and will decide that Motion.

Accordingly, the Clerk is **DIRECTED** to terminate Defendants' Motion to Dismiss for Failure to State a Claim. (ECF No. 19.)

This case remains open.

    **IT IS SO ORDERED.**

**3/29/2025**
**DATE**

                  **s/Edmund A. Sargus, Jr.**
                  **EDMUND A. SARGUS, JR.**
                  **UNITED STATES DISTRICT JUDGE**